## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re: W. FREDERICK MOORE, P-33341,  Case No. 97-X-70096
                Hon. Lawrence P. Zatkoff

  Petitioner.

_____/

### ORDER GRANTING
### MOTION FOR DISMISSAL

**FILED**

FEB 26 2002

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on  **25 FEB 2002**

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

PRESENT: Honorable Gerald E. Rosen
     Honorable Paul D. Borman
     Honorable John Corbett O'Meara
     United States District Judges

On September 17, 2001, the Court conducted a hearing on Petitioner W. Frederick Moore's petition for reinstatement. The hearing was continued without date, pending further notification regarding Petitioner's execution of a waiver of confidentiality. The Court subsequently was notified that Petitioner had not executed this waiver, and that it was unlikely that he would do so. Accordingly, by motion dated February 12, 2002, the Attorney Grievance Commission now requests that Petitioner's petition for reinstatement be dismissed. The Court having reviewed this motion, and being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Attorney Grievance Commission's February 12, 2002 Motion for Dismissal of Reinstatement Petition is GRANTED. Accordingly, IT IS FURTHER ORDERED that Petitioner's petition for

reinstatement be, and hereby is, DISMISSED.


Gerald E. Rosen
United States District Judge

Paul D. Borman
United States District Judge

John Corbett O'Meara
United States District Judge

2